

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
DIVISION

| | |
|---|---|
| BRUCE L. HUDSON, § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:09-868-HFF-TER |
| § | |
| ALVIN S. GLENN DETENTION CENTER, § | |
| Defendant § | |

## ORDER

This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that the case be dismissed without prejudice and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on May 20, 2009, and the Clerk of Court entered Plaintiff's objections to the Report on May 29, 2009.

It appears from Plaintiff's objections that he wishes to amend his Complaint to name certain individuals as defendants. Thus, through no fault of the Magistrate Judge, this case is hereby **REFERRED** to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED**.

Signed this 1st day of June, 2009, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.